IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED EUGENE MACHADO, | No. CIV S-06-0829-DFL-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| BOB HOREL,[1] et al., | |
| Respondents. | |
| _____/ | |

  Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is respondents' motion for an extension of time (Doc. 7), filed on May 30, 2006.

  On April 28, 2006, the court ordered respondents to file a response to the petition for a writ of habeas corpus within 30 days.  Respondents now seek an extension of that deadline.  Good cause appearing therefor, the request will be granted.  Failure to comply with this order may result in the imposition of appropriate sanctions.  See Local Rule 11-110.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Bob Horel is substituted for his predecessor.  The Clerk of the Court is directed to update the docket to reflect the above caption.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents' motion for an extension of time is granted; and

2. Respondents shall file a response to the petition within 30 days of the date of service of this order.

DATED: May 31, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE