IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| ALFRED EUGENE MACHADO,<br><br>    Petitioner,<br><br>v.<br><br>THOMAS L. CAREY, et al.,<br><br>    Respondents. | CASE NO. 2:06-cv-00829 DFL CMK HC<br><br>**ORDER** |
|---|---|

GOOD CAUSE HAVING BEEN SHOWN, Respondent is granted a fourteen-day extension of time, to and including, July 14, 2006, within which to file a response to the petition.

DATED: July 10, 2006.

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1